IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES SANFORD,  CIV. S-05-972 DFL EFB

    Plaintiff,

    v.  ORDER RE DISPOSITION AFTER NOTIFICATION OF SETTLEMENT

PARAGON STEAKHOUSE RESTAURANT, INC., dba HUNGRY HUNTER #21074, et al.,

    Defendants.
_____/

    The court has been advised by plaintiff's counsel, Lynn Hubbard III, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than October 26, 2006; and

//

1

1         2.   That all hearing dates previously set in this matter
2    are vacated.
3         IT IS SO ORDERED.
4    Dated:  10/6/2006

                                    _____
                                    DAVID F. LEVI
                                    United States District Judge

2