1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:   (530) 895-3252
4  Fax:   (530) 894-8244

5  Attorneys for Plaintiff

6  CRAIG DIAMOND, SBN 89361
   DIAMOND BAKER, LLP
7  P.O. Box 1147
   Cedar Ridge, CA 95924
8  Telephone: (530) 272-9977
   Fax: (530) 272-8463
9
   Attorney for Defendants
10

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14  JAMES SANFORD,                        Case No. CIV. S-05-00972-DFL-PAN

15        Plaintiff,

16  v.                                    **STIPULATION OF DISMISSAL AND ORDER THEREON**

17  PARAGON STEAKHOUSE RESTAURANT,
    INC.  dba  HUNGRY  HUNTER #21074;
18  ALFRED L. GIANNI and CLARA GIANNI,
    TRUSTEES of the ALFRED L. GIANNI &
19  CLARA GIANNI TRUST,

20        Defendants.
    _____/
21

22

23

24

25

26

27

28

1

2      TO THE COURT AND ALL PARTIES:

3          Pursuant to a Settlement Agreement and Release between plaintiff, JAMES

4   SANFORD, and defendants, PARAGON STEAKHOUSE RESTAURANT, INC. dba

5   HUNGRY HUNTER #21074; ALFRED L. GIANNI and CLARA GIANNI, TRUSTEES of the

6   ALFRED L. GIANNI & CLARA GIANNI TRUST, the parties hereby request that all parties

7   be dismissed with prejudice from the above-entitled action.

8

9

10  Dated: October 16, 2006          LAW OFFICES OF LYNN HUBBARD, III

11

12                                    /s/ Lynn Hubbard, III
                                     _____
13                                    LYNN HUBBARD, III
                                     Attorney for Plaintiff
14

15  Dated: August 22, 2006           DIAMOND BAKER, LLP

16

17                                    /s/ Craig Diamond
                                     _____
                                     CRAIG DIAMOND
18                                    Attorney for Defendants

19

20  ////

21  ////

22

23  ////

24  ////

25

26  ////

27  ////

28

Stipulation of Dismissal and [Proposed] Order Thereon                Sanford v. Hungry Hunter, et al.
CIV. S-05-00972-DFL-PAN

1

## <u>ORDER</u>

2      IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-

3 00972-DFL-PAN, is hereby dismissed with prejudice.

4

5 Dated: 10/16/2006

6

7

8                                    _____
DAVID F. LEVI

9                                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28